IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIO A. REINA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-cv-00599-JKP |
| § | |
| FLAGSTAR BANK, NATIONAL § | |
| ASSOCIATION, § | |
| § | |
| Defendant. § | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT FOR FORECLOSURE**

Plaintiff Mario A. Reina ("*Reina*") and Defendant Flagstar Bank, National Association ("*Flagstar*") file this Agreed Motion for Entry of Consent Judgment for Foreclosure, and would respectfully show the Court as follows:

The dispute between Flagstar and Reina has been resolved. The terms of the resolution are memorialized in the Stipulation and Consent for Entry of Judgment Permitting Foreclosure[1] (the "*Stipulation*") filed with this Court on June 16, 2023.

Pursuant to the Stipulation, Flagstar and Reina hereby request that the Court enter the attached Consent Judgment for Foreclosure.

---

[1] *See* Doc. No. 8, Stipulation and Consent for Entry of Judgment Permitting Foreclosure.

MCGLINCHEY STAFFORD, PLLC

By: /s/ Matt D. Manning

MATT D. MANNING
State Bar No. 24070210
THOMAS W. WHITE, JR.
State Bar No. 24102645
MCGLINCHEY STAFFORD
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025
mmanning@mcglinchey.com
twhite@mcglinchey.com

**ATTORNEYS FOR DEFENDANT FLAGSTAR BANK, NATIONAL ASSOCIATION**

THE LAW OFFICE OF ALBERT W. VAN CLEAVE, III PLLC

By: /s/

GREGORY T. VAN CLEAVE
State Bar No. 24037881
1520 W. Hildebrand
San Antonio, Texas 78201
Phone: 210-341-6588
Fax: 210-701-8481
E-mail: greg_v@vancleavelegal.com

**ATTORNEY FOR PLAINTIFF, MARIO A. REINA**

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 9th and June 15, 2023, I conferred with opposing counsel via email and telephone regarding the relief sought in this motion, and opposing counsel indicated that Plaintiff is in agreement with the relief sought herein.

*/s/ Thomas W. White, Jr.*
**Thomas W. White, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

*Via CM/ECF*
Gregory T. Van Cleave
The Law Office of Albert W. Van Cleave, III PLLC
1520 W. Hildebrand
San Antonio, TX 78201
Greg_v@vancleavelegal.com
*Attorney for Plaintiff*

*/s/ Thomas W. White, Jr.*
**Thomas W. White, Jr.**