UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARIO A REINA,

  *Plaintiff*

v.

                                      Case No. SA-23-CV-00599-JKP

FLAGSTAR BANK, NATIONAL
ASSOCIATION,

  *Defendant*

## ORDER APPROVING STIPULATION PERMITTING FORECLOSURE

On this day, the Court considered the Stipulation and Consent for Entry of Judgment Permitting Foreclosure (the "Stipulation") filed by Plaintiff Mario A. Reina ("Reina") and Defendant Flagstar Bank, National Association ("Flagstar", and together with Reina, the "Parties"). The Court is of the opinion an Order should be entered pursuant to the agreement reached by the Parties to resolve this litigation.

It is therefore ORDERED, ADJUDGED, and DECREED the Stipulation is APPROVED.

It is further ORDERED, ADJUDGED, and DECREED an event of default has occurred on that certain Note executed by Reina on or about April 25, 2016, in the principal amount of $133,045.00, which is secured by the real property and improvements commonly known as 401 Willow Drive, Converse, Texas 78109 (the "Property") pursuant to that certain Deed of Trust executed by Reina (the "Deed of Trust," and together with the Note, the "Loan Agreement") and

recorded in the Official Records of Bexar County, Texas, under Clerk's No. 20160075540. The Property is more particularly described as follows:

> LOT THIRTEEN (13), IN BLOCK THIRTEEN (13), FAIR MEADOWS SUBDIVISION, UNIT 2, A SUBDIVISION IN BEXAR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 5700, PAGE 2787, OF THE DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

It is further ORDERED, ADJUDGED, and DECREED the Deed of Trust validly encumbers the Property.

It is further ORDERED, ADJUDGED, and DECREED Flagstar is the current Mortgage Servicer and Lakeview Loan Servicing, LLC ("Lakeview") is the current Mortgagee, holder of the Note and assignee of the Deed of Trust. Flagstar provided Reina with a Notice of Default and a Notice of Acceleration pursuant to Texas law and the terms of the Loan Agreement.

It is further ORDERED, ADJUDGED, and DECREED that due to the event of default on the Note, Lakeview, or its successors or assigns, may enforce its lien against the Property through non-judicial foreclosure of the Property via trustee's sale at public auction, as provided in the Deed of Trust and section 51.002 of the Texas Property Code.

It is further ORDERED, ADJUDGED, and DECREED Flagstar must not complete a non-judicial foreclosure sale of the Property until at the earliest September 5, 2023.

It is further ORDERED, ADJUDGED, and DECREED the purchaser at the foreclosure sale authorized by this judgment will be vested with all of the interest in the Property held by Reina.

It is further ORDERED, ADJUDGED, and DECREED Reina's claims in this action are hereby DISMISSED WITH PREJUDICE, as agreed by the Parties, with all Parties bearing their own fees and costs incurred in connection with this action.

It is further ORDERED, ADJUDGED, and DECREED the Parties will execute such further documents and instruments and to take such further actions as may be reasonably necessary to carry out the purposes and intent of this Order and the Stipulation.

A Final Judgment will issue separately.

The referral of this action to Magistrate Judge Elizabeth Chestney is hereby withdrawn. The Clerk of Court is directed to close this action.

It is so ORDERED.
SIGNED this 19th day of June, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE