UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARIO A REINA,

  *Plaintiff*

v.

                              CASE NO. SA-23-CV-00599-JKP

FLAGSTAR BANK, NATIONAL ASSOCIATION,

  *Defendant*

## FINAL JUDGMENT

In accordance with the parties' agreed Stipulation and Consent for Entry of Judgment Permitting Foreclosure and the Order Approving Stipulation issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice. The Clerk of Court is directed to close this case.

SIGNED this 19th day of June, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE